

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CEMEX CONSTRUCTION MATERIALS PACIFIC, L.L.C., | § | |
| | § | |
| Appellant, | § | |
| | § | |
| v. | § | No. 08-19-00161-CV |
| | § | |
| CHRISTINE BORREGO, as Executor of the Estate and Statutory Death Beneficiary of JOHNNY BORREGO, MELISSA RUIZ, Individually, ROBBEN LEE BETANCOURT, as Executor of the Estate and Statutory Death Beneficiary of RUBEN BENTACOURT RAMIREZ, and JOSE GABINO GARCIA and HUMBERTO MUELA, both individually, CARMEN S. GARCIA, as Executor/Legal Representative and Statutory Death Beneficiary of RIGOBERTO GOMEZ AKA IVAN GUERRERO, | § | Appeal from the |
| | § | 327th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2017DCV1047) |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the joint motion to dismiss and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. Costs are taxed against the parties incurring same. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF SEPTEMBER, 2019.

YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, J., Palafox, J., and Barajas, Senior Judge
Barajas, Senior Judge (Sitting by Assignment)